| | |
|---|---|
| 1  STEPHANIE TATAR, Bar No. 237792<br>   stephanie@tatarlaw.com<br>2  TATAR LAW FIRM, APC<br>   3500 West Olive Avenue, Suite 300<br>3  Burbank, California 91505<br>   Telephone:  323.744.1146<br>4  Facsimile:   888.788.5695<br>5  ERIN A. NOVAK (*pro hac vice*)<br>   enovak@consumerlawfirm.com<br>6  FRANCIS & MAILMAN, P.C.<br>   Land Title Building, 19th Floor<br>7  100 S. Broad Street<br>   Philadelphia, PA 19110<br>8  Telephone: (215) 735-8600<br>   Facsimile: (215) 940-8000<br>9<br>   Attorneys for Plaintiff<br>10 TRACY SULLIVAN<br>11 Rachel Tessa Gezerseh<br>   rgezerseh@jonesday.com<br>12 JONES DAY<br>   555 South Flower Street, 50th Floor<br>13 Los Angeles, CA 90071<br>   Telephone: (949) 851-3939<br>14 Facsimile: (949) 553-7539<br>15 Attorney for Defendant<br>   EXPERIAN INFORMATION<br>16 SOLUTIONS, INC. | JS-6 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY SULLIVAN<br><br>                    **Plaintiff,**<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.<br><br>**Defendants.** | **CASE NO.: 8:12-cv-02043-JLS-AN**<br><br>[PROPOSED] ORDER GRANTING<br>VOLUNTARY DISMISSAL OF<br>PLAINTIFF'S CLAIMS AGAINST<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. |

1
2    GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED THAT
3  the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed.
4  R. Civ. P. 41(a)(1) against Defendant Experian Information Solutions, Inc., and each
5  party shall bear their own attorneys' fees and costs of suit.  This Court shall retain
6  jurisdiction of this matter as it pertains to Plaintiff's claims against Defendant Experian
7  Information Solutions, Inc. only to the extent necessary to enforce the Parties'
8  settlement agreement.
9
10  Dated: January 23, 2014
11
12                                         JOSEPHINE L. STATON
                                           HON. JOSEPHINE STATON TUCKER
13                                         UNITED STATES DISTRICT COURT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28